FILED IN CHAMBERS
U.S.D.C. - Atlanta

'JUN 29 2012

JAMES N. HATTEN, Clerk
By:
                Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TORNESHA WILLIAMS

    Plaintiff,

v.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.

    Defendant.

CIVIL ACTION NO.
1:12-CV-306-ODE

ORDER

The Court having been advised by counsel for the Plaintiff that the above entitled action has been settled, but it appearing that documentation of the settlement has not been concluded,

IT IS ORDERED that this action be administratively closed subject to the right, upon good cause shown within THIRTY (30) DAYS, to reopen the action if required in the interests of justice.

SO ORDERED, this 29 day of June, 2012.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE